RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ 2008 MAR 18 DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Patricia G. Pittman
5421 Coosada Rd.
Coosada, AL 36020
**PLAINTIFF**

v.    CASE ACTION NO.: 2:08-cv-187-MHT

John Knox Manor Nursing Home
4401 Narrow Lane Road
Montgomery, AL 36116
**DEFENDANT**

## EEOC COMPLAINT

1. Plaintiff resides at 5421 Coosada Rd. Coosada, AL 36020

2. Defendant(s)' name(s) John Knox Manor Nursing Home

   Location of principal office(s) of the named defendant(s) 4401 Narrow Lane Road, Montgomery, AL 36116

   Nature of defendant(s)' business Nursing Home

   Approximate number of individuals employed by defendant(s) 200+

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☒ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☐ Other acts as specified below:_____

   _____

1

5.  Plaintiff is:
    A.  ☐ Presently employed by the defendant.  11/05 - 4/07
        ☒ Not presently employed by the defendant. The dates of employement were
        _11/05 - 4/07_____ Employment was terminated because:

        (1) ☒ Plaintiff was discharged.
        (2) ☐ Plaintiff was laid off.
        (3) ☐ Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

    A.  ☐ My race.
    B.  ☐ My religion.
    C.  ☐ My sex.
    D.  ☐ My national origin.
    E.  ☒ Other, as specified below: _disability_

7.  The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _JKM Board of Directors + Administrator, Sherry Rountree_

8.  The alleged discrimination occurred on or about _3/15/2007_.

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
    _I was fired by JKM because of my disability, my perceived disability or a record of a disability in violation of the Americans with Disabilities Act._
    _In addition, JKM violated the ADA by failing to offer me a reasonable accommodation._
    _I was also fired in violation of the Family Medical Leave Act. JKM retaliated against me for my taking FMLA leave by terminating me and failing to reinstate me into a position._

10. The alleged illegal activity took place at _4401 Narrow Lane Rd. Montgomery, AL 36116_

2

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about __04/2007__. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on __01-10-08__.

12. I seek the following relief:

    A.   [X] Recovery of back pay.
    B.   [X] Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: __03/18/2008__

__Patricia M. Pittman__
Signature of Plaintiff

__5421 Coosada Rd.__
__Coosada, AL 36020__
__334-313-0884__
Address & Telephone Number of Plaintiff

3

# ATTACHMENT

EEOC Form 161 (3/98)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Patricia G. Pittman  
5421 Coosada Road  
Coosada, AL 36020

From: Birmingham District Office  
Ridge Park Place  
1130 22nd Street, South  
Birmingham, AL 35205

[ ]  On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2007-02722 | Jean L. McGinnis-Barrera, Investigator | (205) 212-2056 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_[signature]_   01-08-08

Enclosure(s)   Delner Franklin-Thomas, District Director   (Date Mailed)

cc: JOHN KNOX MANOR NURSING HOME  
4401 Narrow Lane Road  
Montgomery, AL 36116

Warren B. Lightfoot, Jr.  
Maynard, Cooper & Gale, PC  
1901 6th Avenue North  
2400 AmSouth/Harbert Plaza  
Birmingham, AL 35203-2618