IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA G. PITTMAN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:08cv187-MHT |
| | ) | |
| JOHN KNOX MANOR NURSING HOME, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 19th day of March, 2008.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE