| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Eugenia Swaithe_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Eugenia Woodham   C. Date of Delivery  3-22-08<br>D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>John Knox Manor Nursing Home<br>4401 Narrow Lane Road<br>Montgomery, AL  36116<br><br>08cv187  S+C | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7007 1490 0000 0024 7557 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540