IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Patricia G. Pittman            )
                               )
          Plaintiff,           )
                               )
v.                             )   CASE NO. 2:08-cv-00187-MHT
                               )
John Knox Manor Nursing Home   )
                               )
          Defendants,          )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Patricia G. Pittman, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                **Relationship to Party**

John Knox Manor NH                   Prior Employer


3/25/08
Date

(Signature) Patricia D. Pittman

(Counsel's Name) Patricia D. Pittman

Counsel for (print names of all parties) PATRICIA G. PITTMAN

5421 Coosada Rd.,
Coosada, AL 36020
Address, City, State Zip Code

334-313-0884
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, PATRICIA G. PITTMAN, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25 day of March 2008, to:

John Knox Manor Nursing Home
4401 Narrow Lane Rd.
Montgomery, AL 36116

3/25/08
Date

Patricia G. Pittman
Signature