IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

PATRICIA G. PITTMAN, )
)
Plaintiff, )
)
v. ) CASE NO. 2:08cv00187-MHT
)
JOHN KNOX MANOR NURSING HOME, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW John Knox Manor Nursing Home, the Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no parent companies or subsidiaries to be reported.

☒ List of names of Board of Directors is attached hereto as Exhibit A.

<u>Reportable Entity</u>　　　　　　　　<u>Relationship to Party</u>

_____　　　　　_____

_____　　　　　_____

_____　　　　　_____

_____　　　　　_____
Date　　　　　　　　　　　　　　(Signature)

　　　　　　　　　　　　　　　　MARK N. CHAMBLESS
　　　　　　　　　　　　　　　　(Counsel's Name)

　　　　　　　　　　　　　　　　DEFENDANT
　　　　　　　　　　　　　　　　Counsel for (print names of all parties)
　　　　　　　　　　　　　　　　5720 CARMICHAEL ROAD
　　　　　　　　　　　　　　　　MONTGOMERY, AL 36117
　　　　　　　　　　　　　　　　Address, City, State Zip Code
　　　　　　　　　　　　　　　　334-272-2230
　　　　　　　　　　　　　　　　Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
\_\_\_\_\_NORTHERN\_\_\_\_\_ DIVISION

## CERTIFICATE OF SERVICE

I, \_\_\_\_MARK N. CHAMBLESS\_\_\_\_, do hereby Certify that a true and correct copy of the foregoing has been furnished by \_\_\_\_U.S. MAIL\_\_\_\_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this \_\_17TH\_ day of \_\_APRIL\_\_ 2008, to:

PATRICIA G. PITTMAN

5421 COOSADA ROAD

COOSADA, AL 36020


April 18, 2008
Date

[Signature]
Signature

## EXHIBIT A

**JOHN KNOX MANOR, INC**
4401 NARROW LANE ROAD
MONTGOMERY AL  36116

## BOARD OF DIRECTORS

Mr. Ben Arellano
Dr. Beverly Boyd
Mr. Edward M. Brummal, Jr.
Mr. Mark Chambless
Mr. Roger Erickson
Mr. Peck Fox
Mr. John E. Hixon
Mr. Watt Jones
Mr. Tom McCabe, Jr.
Ms. Ann Ramsey
Mrs. Martha Stronach