IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA G. PITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:08CV187-MHT |
| | ) | |
| JOHN KNOX MANOR NURSING | ) | |
| HOME, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For good cause, it is

ORDERED that this case be and is hereby set for a status and scheduling

conference on May 6, 2008, at 9:30 a.m. in Courtroom 4B, United States Courthouse

Complex, One Church Street, Montgomery, Alabama.

Done this 18th day of April, 2008.


      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE