| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tony Pittman_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): Tony Pittman    C. Date of Delivery: 4-19-52 |
| 1. Article Addressed to:<br><br>Patricia G. Pittman<br>5421 Coosada Rd<br>Coosada, AL 36020<br><br>08cv187   Order 12 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 1842 2743 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540