IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| PATRICIA G. PITTMAN, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:08CV187-MHT |
| JOHN KNOX MANOR NURSING HOME, | * |
| Defendant. | * |

### NOTICE OF CONFLICT

COMES NOW the Defendant, by and through counsel of record, and hereby notifies this Honorable Court of a conflict in scheduled hearing dates and would inform the court as follows:

1. The above matter has been scheduled for a status and scheduling conference on May 6, 2008, at 9:30 a.m.

2. Defendant's counsel has a previously scheduled Circuit Court trial set for 9:00 a.m. on this date. The case is pending in Montgomery County Circuit Court before the Honorable William Shashy, case number CV 08-900075.

3. Defendant's counsel has a previously scheduled Circuit Court trial set for 9:00 a.m. on this date. The case is pending in Montgomery County Circuit Court before the Honorable William Shashy, case number CV 08-900242.

4. Defendant's counsel has three (3) previously scheduled District Court trials set for 9:00 a.m. on this date. These cases are scheduled before the Honorable Arthur Ray.

5. Defendant's counsel requests direction from this court as to the conflict.

6. Defendant's counsel will be available the entire afternoon of May 6, 2008.

RESPECTFULLY SUBMITTED on this the 21st day of April, 2008.

_____
MARK N. CHAMBLESS (CHA013)
Attorney for Defendant

**OF COUNSEL:**
Mark N. Chambless, Esq.
CHAMBLESS, MATH ❖ CARR, P.C.
5720 Carmichael Road
Post Office Box 230759
Montgomery, Alabama 36123-0759
Telephone: (334) 272-2230

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all attorneys of record as named below by depositing a copy of same in the United States Mail, postage prepaid on this the 21 day of April 2008.

_____
OF COUNSEL

Patricia G. Pittman
5421 Coosada Road
Coosada, AL 36020