IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA G. PITTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08CV187-MHT |
| ) | |
| JOHN KNOX MANOR NURSING ) | |
| HOME, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference set on the morning of May 6, 2008, be and is hereby RESET to May 6, 2008 at 4:00 pm in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 29th day of April, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE