IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA G. PITTMAN,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | CIVIL ACTION NO.  2:08CV187-MHT |
| ) | |
| JOHN KNOX MANOR NURSING        ) | |
| HOME,        ) | |
| ) | |
| Defendant.        ) | |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference set for the afternoon of May 6, 2008, be and is hereby RESET to May 20, 2008 at 2:00 pm in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 6th day of May, 2008.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    UNITED STATES MAGISTRATE JUDGE