| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>                                                 5-14-08 |
| 1. Article Addressed to:<br><br>Patricia G. Pittman<br>5421 Coosada Rd<br>Coosada, AL 36020<br><br>08cv187    16 Order | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)            ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0003 1842 2781 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |