UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GAYLE PITTMAN,<br>Petitioner | )<br>)<br>) |
| v | ) Case No:   CV-2:08CV187-MHT<br>) |
| JOHN KNOX MANOR,<br>Defendant | )<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

    COMES now the undersigned , ANGELA J. HILL, and files this Notice of Appearance as Attorney of Record for the Petitioner, Gayle Pittman.

    Respectfully submitted this 19th day of May, 2008.

/s/Angela Hill
ANGELA J. HILL (HIL 052)
Attorney for Defendant
139 S. Broadnax St.
Dadeville, AL 36853
256-825-8251 Phone
256-825-8201 Fax

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day served a copy of the foregoing upon the parties of interest listed below, by electronic mail on this the 19th day of May, 2008.

Mark Chambliss, Esq.

/s/Angela Hill
OF COUNSEL