IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA G. PITTMAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08cv187-MHT |
| | ) |
| JOHN KNOX MANOR NURSING HOME, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set for May 20, 2008 at 2:00 p.m. be and is hereby CANCELED.

Done this 20th day of May, 2008.

          /s/Charles S. Coody
          CHARLES S. COODY
          UNITED STATES MAGISTRATE JUDGE