IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PATRICIA G. PITTMAN,          )
                              )
        Plaintiff,            )
                              )    CIVIL ACTION NO.
        v.                    )     2:08cv187-MHT
                              )
JOHN KNOX MANOR NURSING       )
HOME,                         )
                              )
        Defendant.            )
```

ORDER

In light of the appearance of counsel for plaintiff, it is ORDERED that the order entered on March 19, 2008 (doc. no. 4), referring this case to a United States Magistrate Judge, is vacated.

DONE, this the 23rd day of May, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE