UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PATRICIA G. PITTMAN, | * |
| Plaintiff, | * |
| v. | *   CASE NO.: 2:08cv00187-MHT |
| JOHN KNOX MANOR NURSING HOME, | * |
| Defendant. | * |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order, a teleconference was held on the 18th day of June 2008 and attended by:

Angela Hill on behalf of the Plaintiff, Patricia Gayle Pittman.

Mark Chambless on behalf of the Defendant, John Knox Manor.

Defendant's counsel, Mark N. Chambless, hereby notifies this court that he has experienced a medical problem that has resulted in many hours of medical visits and expected visits to come, many hours of lost productivity out of the office, the need for heart surgery which is expected to occur in July 2008 and the expected loss of three to four weeks of time out of the office in July and August. Counsel for the Plaintiff has been notified of this and does not object to a trial of this matter being scheduled for the month of February 2009 or a time convenient to the court after February 2009. The following proposed schedule is based upon this agreement between counsel.

**1.     Pre-Discovery Disclosures.** The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before September 1, 2008.

**2.     Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

The likely subjects of discovery are:

    a.    All discovery commenced in time to be completed by December 30, 2008.

    b.    Maximum of 25 interrogatories by each party to be propounded by the parties no later than September 15, 2008. Responses due 30 days after service.

    c.    Maximum of 25 requests for admission by each party to be propounded by the parties no later than September 15, 2008. Responses due 30 days after service.

    d.    Maximum of 25 requests for production of document by each party to be propounded by the parties no later than September 15, 2008. Responses due 30 days after service.

    e.    Maximum of 5 depositions by Plaintiffs to Defendant and 5 by Defendant to Plaintiffs. Each deposition is limited to eight hours.

    f.    Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by October 1, 2008;

from Defendant by October 15, 2008.

    g.    Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

    h.    The parties agree to exert their best efforts to identify documents or material protected by the attorney-client privilege or the work-product doctrine prior to the disclosure of any such documents or material. Inadvertent disclosure of the privileged or protected material does not waive the privilege or protection. Upon discovering the inadvertent disclosure of such material, the disclosing party shall notify the receiving party. The receiving party shall immediately return or destroy the inadvertently produced documents or material, and all copies and derivations. Questions of privilege and protection shall ultimately be decided by the Court.

**3.    Other Items**

    a.    The parties do not request a conference with the Court before entry of the scheduling Order.

    b.    The parties request a pretrial conference on or around February 9, 2009.

    c.    Plaintiff should be allowed until November 1, 2008 to join additional parties and to amend pleadings.

    Defendant should be allowed until November 15, 2008 to join additional parties and to amend the pleadings.

    d.    All potentially dispositive motions should be filed on or before November 7, 2008.

    e.    Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

    f.    Final lists of trial evidence under Federal Rule of Civil Procedure 26(a)(3), both witnesses and exhibits, should be due from the parties on or before January 15, 2009.

    g.    Parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    h.    The case should be ready for trial by this Court's February, 2009 trial term. At this time, the trial is expected to take approximately 2 days, excluding jury selection.

RESPECTFULLY SUBMITTED, this the 19th day of June, 2008.

<u>Approved by Counsel</u>
Angela J. Hill (HIL052)
Attorney for Plaintiff

Angela J. Hill (HIL052)
139 S. Broadnax St.
Dadeville, AL 36853
256-825-8251 Phone
256-825-8201 Fax

_____
Mark N. Chambless (CHA013)
Attorney for Defendant

CHAMBLESS MATH ❖CARR, P.C.
Attorneys at Law
Post Office Box 230759
Montgomery, AL 36123-0759
Office (334) 272-2230